```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       DALLAS DIVISION
```

FRED FULTON FRALICK,                §
                                    §
    Plaintiff-                     §
    counterdefendant,               §
                                    § Civil Action No. 3:09-CV-0752-D
VS.                                 §
                                    §
PLUMBERS AND PIPEFITTERS            §
NATIONAL PENSION FUND,              §
                                    §
    Defendant-                     §
    counterplaintiff.              §

## JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that plaintiff-counterdefendant Fred Fulton Fralick ("Fralick") recover judgment from defendant-counterplaintiff Plumbers and Pipefitters National Pension Fund (the "Fund") in the sum of $89,182.00, and pre- and post-judgment interest thereon at the rate of 0.30% per annum. Fralick may apply for an award of attorney's fees according to the procedures and time limits of Fed. R. Civ. P. 54(d)(2).

It is further ordered and adjudged that the Fund's counterclaim is dismissed with prejudice, and that the Fund cease all attempts to collect sums previously distributed to Fralick.

Fralick's taxable costs of court, as calculated by the clerk of court, are assessed against the Fund.

Done at Dallas, Texas June 22, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE