# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 18, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-10711    Fred Fralick v. Plumbers and Pipefitters Natl  
        USDC No. 3:09-CV-752

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Shawn D. Henderson, Deputy Clerk  
                          504-310-7668

[Stamp: RECEIVED BY ___ MAY 24 2011 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS]

Mr. Randall Richard Hopp  
Mr. David Stanley Jones  
Mr. Andrew George Jubinsky  
Mr. James Michael Klancnik  
Ms. Karen S. Mitchell  
Ms. Sally M Tedrow

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 10-10711



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 24 2011

CLERK, U.S. DISTRICT COURT
By _____
      Deputy

PATRICIA ANN FRALICK,

    Plaintiff - Appellee

v.

PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellee's motion for award of attorney fees is GRANTED IN PART.

    Fralick is awarded $36,936.88 in attorney fees ($23,194.38 of which is attributable to legal services provided by James M. Klancnik and $13,742.50 of which is attributable to legal services provided by the Law Offices of David S. Jones).